IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARLO ONDREJ, INDIVIDUALLY AS SURVIVING MOTHER OF HANNAH QUINN WESTALL AND AS TH EREPRESENTATIVE OF THE ESTATE OF HANNAH WESTALL, AND THE STATUTORY BENEFICIARY J.B.M.; | § § § § § § § | |
| *Plaintiff,* | § § | SA-21-CV-00281-JKP |
| vs. | § § | |
| CITY OF SAN ANTONIO, DAVID M. PERRY, | § § § | |
| *Defendants.* | § § | |

## ORDER RESETTING HEARING

Before the Court in the above-styled and numbered cause of action is Plaintiff Marlo Ondrej's Motion to Compel Discovery Responses from City of San Antonio and to Deem Requests Admitted [#23]. The Court initially set a hearing on the motion for January 5, 2022 [#25]. On December 29, 2021, Plaintiff filed an Unopposed Motion to Continue Date to Submit Advisory to the Court and the Hearing on Plaintiff's Motion to Compel Discovery [#30]. By its motion, Plaintiff, on behalf of all the parties to this matter, asks that the hearing set for January 5, 2022, be continued until a later date that would satisfy the Court. The Court will therefore reset the hearing for January 24, 2022, at 10:30 a.m.

**IT IS THEREFORE ORDERED** that Plaintiff's Unopposed Motion to Continue the Hearing [#30] is **GRANTED**.

**IT IS FURTHER ORDERED** that the hearing previously set for January 5, 2022, at 10:30 a.m. is **CANCELED**.

1

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Compel Discovery Responses from City of San Antonio and to Deem Requests Admitted [#23] is **RESET** for a videoconference hearing via Zoom at 10:30 a.m. on January 24, 2022. All parties are **required to appear by Zoom** for the hearing. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/16126729723

Meeting ID: 161 2672 9723

If there are questions regarding the Zoom appearance, the parties should contact Valeria Sandoval, Courtroom Deputy, at txwdml_chambers_sa_judgechestney@txwd.uscourts.gov.

Because earlier hearings in other cases may be in progress at the time attorneys log-in for their scheduled hearing, attorneys may be required to wait in the Zoom "waiting room" until the Courtroom Deputy addresses them. Parties should review the July 15, 2020 Standing Order Regarding Telephone or Video Teleconference Hearings, which is available upon request from the Courtroom Deputy and on the Court's website.

**IT IS FINALLY ORDERED** that the parties shall file a supplemental joint advisory via CM/ECF no later than **January 20, 2022**, that indicates which issues, if any, remain in dispute after their conference and since the filing of their first advisory.  For each issue that remains in dispute, each party should state its respective position and describe any relief being sought.

SIGNED this 3rd day of January, 2022.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE