IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARLO ONDREJ, INDIVIDUALLY AS SURVIVING MOTHER OF HANNAH QUINN WESTALL AND AS TH EREPRESENTATIVE OF THE ESTATE OF HANNAH WESTALL, AND THE STATUTORY BENEFICIARY J.B.M.; | § § § § § § § | SA-21-CV-00281-JKP |
| *Plaintiff,* | § § | |
| vs. | § § | |
| DAVID M. PERRY, | § § | |
| *Defendant.* | § § § | |

## AMENDED SCHEDULING ORDER

Before the Court in the above-styled cause of action is the parties' Sixth Joint Motion for Extension of Scheduling Order Deadlines [#47]. By their motion, the parties ask for a 45-day extension of all remaining deadlines in the existing scheduling order. The Court will grant the motion as to the mediation deadline but deny the motion in all other regards.

Plaintiff filed this case in March of 2021. The parties have already received numerous extensions of the Scheduling Order deadlines. Only one Defendant remains in this suit. The current discovery deadline is June 27, 2023, today. The deadline for filing dispositive motions is August 11, 2023. The mediation deadline of June 2, 2023, has already expired. The parties indicate in their motion that they have depositions scheduled through July 10, 2023. They further indicate that they intend to conduct mediation by September 8, 2023.

The Court will extend the mediation deadline to September 8, 2023, as requested. However, the Court will not again extend the discovery and dispositive motions deadlines. The parties have not established good cause for these extensions. The Court reminds the parties that they may by agreement exchange discovery and conduct depositions beyond the discovery

deadline but may not seek intervention by the Court for disagreements arising regarding that discovery.

**IT IS HEREBY ORDERED** that the parties' Sixth Joint Motion for Extension of Scheduling Order Deadlines [#47] is **GRANTED IN PART**, such that the mediation deadline is extended to **September 8, 2023**. All other Scheduling Order deadlines remain in full force and effect.

SIGNED this 27th day of June, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE