UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARLO ONDREJ, INDIVIDUALLY AS SURVIVING MOTHER OF HANNAH QUINN WESTALL AND AS TH EREPERSATIVE OF THE ESTATE OF HANNAH WESTALL, AND THE STATUTORY BENEFICIARY J.B.M.;

*Plaintiff*,

v.

CITY OF SAN ANTONIO, DAVID M. PERRY,

*Defendants*.

Case No. SA-21-CV-00281-JKP

### ORDER OF DISMISSAL OF DEFENDANT CITY OF SAN ANTONIO

After considering Plaintiffs and Defendant City's Joint Stipulation of Dismissal, upon request of the parties, the Court issues this Order of Dismissal of claims against Defendant City with prejudice. *See ECF No. 46.*

IT IS THEREFORE ORDERED all claims and causes of action against Defendant City are dismissed with prejudice.

IT IS FURTHER ORDERED the parties will bear their own attorneys' fees and costs.

SIGNED this 28th day of July, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE