UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MARLO ONDREJ, INDIVIDUALLY AS SURVIVING MOTHER OF HANNAH QUINN WESTALL AND AS TH EREPRESENTATIVE OF THE ESTATE OF HANNAH WESTALL, AND THE STATUTORY BENEFICIARY J.B.M.;**

*Plaintiff*

Case No. SA-21-CV-00281-JKP

**v.**

**DAVID M. PERRY,**

*Defendant*

## FINAL JUDGMENT

The Court considered the issues presented in this action and rendered its decision. For the reasons stated in the Memorandum Opinion and Order, the Court **GRANTED** summary judgment for Defendant. Having disposed of all claims and causes of action, final judgment is hereby entered in favor of Defendants. The Court **DISMISSES** this action with prejudice. Plaintiffs take nothing from the presented causes of action.

The Clerk of the Court shall close this case upon entry of this judgment.

SIGNED this 2nd day of October, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE